UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CASE NO: 7:10-CR-22-1-F

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | ORDER FOR FUNDS FOR |
| ) | INTERPRETER |
| ROGER RAPALO-AMADOR, ) | |
| Defendant. ) | |

THIS MATTER coming before the Court upon the defendant's motion for funding for a qualified interpreter is for good cause shown GRANTED. Counsel is authorized funding not to exceed $1,600.00 to retain the services of an interpreter.

SO ORDERED.

This the 27 day of May, 2010.

JAMES C. FOX
SENIOR U.S. DISTRICT JUDGE