UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:10-CR-22-1F(2)

UNITED STATES OF AMERICA

v.

ORDER

ROGER RAPALO-AMADOR

---

This matter is before the Court upon defendant's motion to allow the late-filing of certain pretrial motions.

Finding good cause, the Court hereby grants the relief requested and deems those certain motions filed by defendant on or before the date of this order as having been timely filed.

This the 24 day of June, 2010.

*/s/ James C. Fox*
HONORABLE JAMES C. FOX
SENIOR U.S. DISTRICT JUDGE